FILED
U.S. DISTRICT COURT

2011 MAR 30 PM 12: 33

C. Roberson
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

TIMOTHY EDWARD MONROE,

    Plaintiff,

v.

RANDY F. ROYAL; Captain CARL JAMES;
Captain J. L. STAPLETON; Lt. HUBERT
F. RYALS, JR.; Lt. ANDREW BRYANT;
Sgt. CORY BELUE; Sgt. RALPH PITTMAN;
and Sgt. S. McCAULEY,

    Defendants.

CIVIL ACTION NO.: CV510-065

## ORDER

Plaintiff, an inmate formerly incarcerated at Bainbridge Probation Substance Abuse Treatment Center in Bainbridge, Georgia, filed the captioned action *in forma pauperis* seeking damages as a result of alleged violations of constitutionally protected civil rights. In this Court's Order dated July 12, 2010, Plaintiff was advised that he "... shall immediately inform this Court of any change of address. Failure to do so will result in dismissal of this case, without prejudice."

On March 14, 2011, the Clerk's office forwarded a copy of a scheduling notice to Plaintiff at Bainbridge Probation Substance Abuse Treatment Center, the only address provided by Plaintiff. That notice was returned by the United States Postal Service, with the notation "Return to Sender" "Released". As Plaintiff has not advised the Court of a change in his address, in violation of this Court's July 12, 2010, Order this action is **DISMISSED**,

without prejudice, for want of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Link v. Wabash Railroad Company, 370 U.S. 626 (1962).

**SO ORDERED**, this 30 day of March, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)